UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                      Case Number 09-20590-BC
v.                                  Honorable Thomas L. Ludington

DAVID DAWON MCNARY,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO COUNT THREE OF THE INDICTMENT

A plea hearing was conducted on September 20, 2010 by United States Magistrate Judge Charles E. Binder pursuant to the Defendant's consent. Judge Binder issued his report on September 22, 2010, recommending acceptance of Defendant's guilty plea. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt # 27] is **ADOPTED**.

It is further **ORDERED** that the defendant's guilty plea as to count three of the indictment is **ACCEPTED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: December 22, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 22, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS